Mr. Babb was convicted after a jury trial in the Northern District of Iowa for counts that were raised on appeal by trial counsel. One addresses whether or not Mr. Babb's counsel should have been able to inquire into a prior felony conviction. I can't hear you counsel. I'm sorry, Your Honor. Is that better? Yes. Okay. I think the main problem is you're going to just need to speak up. Okay. The first issue deals with a claim that Mr. Babb should have been able to cross-examine more thoroughly the confidential informant in the case, a gentleman by the name of Mr. Clark, regarding a 2004 felony conviction involving theft. Did the district court rely on Rule 609B to exclude that? Yes, Your Honor. So if so, how is that wrong? Well, maybe I was too quick to agree with you. I think it's a little bit unclear as to whether it was the B or the A part as far as whether it was a felony. I think we probably have cases that say as long as it could be a particular rule, then there's no abuse of discretion or whatever the standard is. Go ahead. Sure. I'm just not clear which one it was actually referred to. Right. And I think the trial court, because the issue had kind of morphed from the original intent of counsel in trying to get into some prior convictions, by the time that they had the conference outside of the jury and it was brought to the court's attention in 2004.